**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Government,

       -against-

RUDY KURNIAWAN,

                  Defendant(s).
-----------------------------------------------------------X

S1 12 CR 376 (RMB)

USDC SDNY
DOCUMENT **ORDER**
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/13

     In response to counsel's letter of April 24, 2013, the Court will need (forthwith) a brief

written description of why each proposed deponent's testimony is necessary, why they cannot

appear in person at the trial, and an explanation of how each deposition is in compliance with

Rule 15 of the Federal Rules of Criminal Procedure, including any "exceptional circumstances",

the "interest of justice",  and Defendant's presence.

     **The trial date of September 9, 2013 is firm (it is not a target date).  Trial will be**

**conducted without interruption from September 9, 2013 at 9:00 am.**


Dated: New York, New York
      April 25, 2013

                               *Richard M. Berman*
                             Hon. Richard M. Berman, U.S.D.J.