**MEMO ENDORSED**



LAW OFFICES
## WESTON, GARROU & MOONEY
A PARTNERSHIP OF PROFESSIONAL BUSINESS ENTITIES

JOHN H. WESTON[1,3]
G. RANDALL GARROU[1,3]
JEROME H. MOONEY[1,4,0]
MARK P. BINDER[1,3]

REBEKAH DEZSO[1,2]

[1] ADMITTED IN CALIFORNIA
[2] ADMITTED IN ILLINOIS
[3] ADMITTED IN UTAH

[3] A CALIFORNIA PROFESSIONAL CORPORATION
[4] A UTAH PROFESSIONAL CORPORATION

12121 WILSHIRE BOULEVARD
SUITE 525
LOS ANGELES, CALIFORNIA 90025
FAX (310) 442-0899
(310) 442-0072

SALT LAKE CITY
50 WEST BROADWAY
SUITE 1000
SALT LAKE CITY, UT 84101-2006
(801) 364-5635

August 5, 2013

Hon. Richard M. Berman
United States District Judge
For the Southern District of New York
500 Pearl Street
New York, New York 10007

VIA FAX (212) 805-6717 AND U.S. MAIL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/13

Re:   *U.S. v. Rudy Kurniawan*

Dear Judge Berman:

On July 31, 2013 we advised that we would advise the Court not later than Monday August 5th of our intentions with respect to representation of Mr. Kurniawan.

I am pleased to report that the events upon which we were waiting have occurred as promised and we are now prepared to enter our substitution of counsel on behalf of Mr. Kurniawan.

We have requested certificates of good standing from both the California and Utah State Bar Associations. As soon as those are received my motion for admission *pro hac vice* will be filed.

Very truly yours,

WESTON, GARROU & MOONEY

By _____
JEROME H. MOONEY

JHM:jsk

cc: Jason Hernandez, Esq.
    Michael Procter, Esq.

---

**Handwritten endorsement:** Welcome. Our trial schedule is confirmed.

SO ORDERED:
Date: 8/5/13

Richard M. Berman, U.S.D.J.

X:\0-ATTYS\JHM\Clients\Kurniawan\Ltr to Judge Berman 08-02-13.docx