UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                        Government,

-against-

RUDY KURNIAWAN,
                        Defendant(s).
-----------------------------------------------------------X

12 CR. 376 (RMB)

~~ORDER~~
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **9/19/13**

**Richard M. Berman, U.S.D.J.:**

      Effective July 8, 2013, C.J.A. attorney Dawn Cardi is appointed as standby counsel for the Defendant. This appointment was effective through on or about August 5, 2013 when Defendant retained counsel.

Dated: New York, New York
       September 19, 2013

                                                  _RMB_
                                   Hon. Richard M. Berman, U.S.D.J.