# VERDIRAMO & VERDIRAMO P.A.

COUNSELORS AT LAW

3163 KENNEDY BOULEVARD, JERSEY CITY, NEW JERSEY 07306
TELEPHONE: 201-798-7082   TELECOPIER: 201-798-4627
E-MAIL: VERDIRAMO@AOL.COM

VINCENT L. VERDIRAMO*
VINCENT S. VERDIRAMO

*MEMBER N.J. AND FLA. BAR

OF COUNSEL
GIANCARLO COSTA†

†LICENSED IN ITALY ONLY

NEW YORK OFFICE
20 EXCHANGE PLACE
43RD FLOOR
NEW YORK, NEW YORK 10005
TELEPHONE: 212-338-9100
TELECOPIER: 212-338-9088

ROME OFFICE
VIALE GIULIO CESARE, 71
00192 ROMA
TELEPHONE: 063225545
TELECOPIER: 063225548
WWW.STUDIOAVV.COM

November 7, 2013

Honorable Richard M. Berman, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:   UNITED STATES V. RUDY KURNIAWAN**
**12 CR 376 (RMB)**

Dear Judge Berman:

The defense has retained S. Shane Konrad, M.D. and Virginia Barber-Rioja, Ph.D. to examine our client. According to Mr. John Kardue of the Legal Department at the Metropolitan Detention Center, a Court Order is required to permit access by these doctors to our client. Accordingly, I would respectfully request that Your Honor enter this letter as "so Ordered" so that I may facilitate the examination of my client by these doctors.

Respectfully submitted,

VERDIRAMO & VERDIRAMO, P.A.

By: _____
Vincent S. Verdiramo

VSV/mf

cc:   Jason Hernandez, AUSA
Jerome H. Mooney, Esq.
John Kardue, Legal Department, Metropolitan Detention Center