```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA
                                    :
        -v.-                            GOVERNMENT'S FORFEITURE BILL
                                    :   OF PARTICULARS
RUDY KURNIAWAN,
        a/k/a "Dr. Conti,"          :
        a/k/a "Mr. 47,"                 S1 12 Cr. 376 (RMB)
                                    :
            Defendant.
                                    :

                                    :
- - - - - - - - - - - - - - - - - - x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One and Two of the Superseding Indictment, as alleged in the First Forfeiture Allegation, Second Forfeiture Allegation, and the Substitute Assets Provisions in the Superseding Indictment, includes the following:

1. All right title and interest in any accounts at JPMorgan Chase Bank Private Client Group Account in the amount of #33,351.50;

2. All right title and interest in any accounts of Golden Capital at Oppenheimer Co. Inc. account # G24-1501258 in the amount of $22,475.00; and

3. All right, title, and interest in one Patek Philippe watch purchased from Feel Good Watches.

Dated:   November 25, 2013
         New York, New York

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney


                              __/s/ Anand Sithian_____
                              Jason P. Hernandez
                              Joseph P. Facciponti
                              Assistant United States Attorneys
                              Anand Sithian
                              Special Assistant United States Attorney
                              (212) 637-1024/2522/1085