# VERDIRAMO & VERDIRAMO P.A.

COUNSELORS AT LAW

3163 KENNEDY BOULEVARD, JERSEY CITY, NEW JERSEY 07306
TELEPHONE: 201-798-7082   TELECOPIER: 201-798-4627
E-MAIL: VERDIRAMO@AOL.COM

VINCENT L. VERDIRAMO*
VINCENT S. VERDIRAMO

*MEMBER N.J. AND FLA. BAR

NEW YORK OFFICE

20 EXCHANGE PLACE
43RD FLOOR
NEW YORK, NEW YORK 10005
TELEPHONE: 212-338-9100
TELECOPIER: 212-338-9088

December 26, 2013

Honorable Richard M. Berman, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:   UNITED STATES V. RUDY KURNIAWAN**
         12 CR. 376 (RMB)

Dear Judge Berman:

I am writing you today to request that my client remain held at the Metropolitan Correction Center in Manhattan pending his sentencing before Your Honor on April 24, 2014. The reason for this request is that it would be much more convenient for me to meet with my client at that facility as opposed to his being housed at the Metropolitan Detention Center in Brooklyn.

I have conferred with Assistant United States Attorney Joseph Facciponti who consents to this request. Accordingly, should Your Honor grant this request, I would appreciate your entering this letter as "so ordered" so that same could be presented to the United States Marshal Service for enforcement of Your Honor's Order.

Thank you for your kind consideration of the foregoing.

Respectfully submitted,

**VERDIRAMO & VERDIRAMO, P.A.**

By: _____
Vincent S. Verdiramo

VSV/mf