LAW OFFICES
## WESTON, GARROU & MOONEY
A PARTNERSHIP OF PROFESSIONAL BUSINESS ENTITIES

JOHN H. WESTON[1‡]
G. RANDALL GARROU[1‡]
JEROME H. MOONEY[1, 4◊]
MARK P. BINDER[1‡]

REBEKAH FRUSHTICK[1,2]

[1] ADMITTED IN CALIFORNIA
[2] ADMITTED IN ILLINOIS
[4] ADMITTED IN UTAH

[‡] A CALIFORNIA PROFESSIONAL CORPORATION
[◊] A UTAH PROFESSIONAL CORPORATION

12121 WILSHIRE BOULEVARD
SUITE 525
LOS ANGELES, CALIFORNIA 90025
FAX (310) 442-0899
(310) 442-0072

SALT LAKE CITY
50 WEST BROADWAY
SUITE 1000
SALT LAKE CITY, UT 84101-2006
(801) 364-5635

March 3, 2014

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SENT VIA ECF
ORIGINAL SENT VIA U.S. MAIL

Re:   *United States v. Rudy Kurniawan*
      S1 12 Cr. 376 (RMB)

Dear Judge Berman:

The Court asked for a joint report on progress relating to the forfeiture negotiations by March 3, 2014.

The parties have been in communication and continue to assemble materials. Much of the material needed requires input from third parties not under the control of either party. The parties continue to believe that their efforts are worthwhile and thus respectfully request the court grant us an additional 30 days to continue these efforts.

Accordingly I am authorized to request on behalf of both parties that the due date for the report on status of forfeiture be continued from March 3, 2014 to April 2, 2014.

Respectfully submitted,

WESTON, GARROU & MOONEY

By

JEROME H. MOONEY, III
Weston Garrou & Mooney
12121 Wilshire Boulevard, #525
Los Angeles, CA 90025
Tel.: (310) 442-0072; Fax: (310) 442-0899
Email: JerryM@mooneylaw.com

JHM:ab
cc:   Jason P. Hernandez,
      Assistant United States Attorney
      (via e-mail to: jason.hernandez2@usdoj.gov
      and U.S. Mail)

K:\0-ATTYS\JHM\Clients\Kurniawan\U.S. v. Kurniawan\Ltr to Judge Berman 03.03.14.docx