


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2014

*By ECF Filing & By Hand*

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Rudy Kurniawan*, S1 12 Cr. 376 (RMB)

Dear Judge Berman:

    The Government writes to request an extension of the deadline by which it must file its sentencing memorandum in this case. The Government's memorandum is currently due this Friday, May 9th. The Government requests an extension to Monday, May 12th, so that the undersigned may attend to some unexpected developments in another case that require immediate attention. I spoke to Jerome Mooney, Esq., counsel for the defendant, and he consents to this request.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

        /s/ J.P.H.
by: _____
    Jason P. Hernandez
    Joseph P. Facciponti
    Assistant United States Attorneys
    (212) 637-1024/2522

cc: Jerome Mooney, Esq. (By email)
    Vincent Verdiramo, Esq. (By email)