USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                    **ORDER**

       -against-                         12 **CR.** 376 (RMB)

RUDY KURNIAWAN,
                Defendant.

------------------------------------------------------------X

       The Government is requested to document actual and intended loss amounts in the form of a chart showing: specific amounts (and totals) of actual and intended losses; basis for (and source of) amounts shown; citations to the trial record (line and page or exhibit) and/or the sentencing submission. Please furnish this material by Friday (noon), May 23, 2014.

       The Government is also requested to document the basis (or consent) for its request that the Court impose a $20,730,000 forfeiture money judgment and the forfeiture of "all of Kurniawan's assets identified in the superseding indictment." Please also furnish this material by Friday (noon), May 23, 2014.

       Defense counsel may submit a response by Monday (4:00 p.m.), May 26, 2014.

Dated: New York, New York
       May 21, 2014

                                                *RMB*
                                      **RICHARD M. BERMAN, U.S.D.J.**