

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2014

**BY FAX**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**
p2 (including
now sentencing
date)

Re:     **United States v. Rudy Kurniawan**
        **12 Cr. 376 (RMB)**

Dear Judge Berman:

        The United States and counsel for the defendant respectfully submit this letter seeking an adjournment of the sentencing in the above-referenced matter, from July 17, 2014 until July 24, 2014. We seek the adjournment to afford (1) the Government additional time to respond to the Court's order of July 9, 2014, regarding certain victim and loss information, and (2) the defendant additional time to gather certain information pertinent to sentencing. (The reason the Government seeks the additional time is that the AUSA who was principally responsible for this matter left the U.S. Attorney's Office on July 11, 2014, and the undersigned (who had been out of the Office from July 3-12) needs to familiarize myself with the specifics of the victim claims and other facts in order to respond to the Court's Order.)

        Accordingly, we jointly seek (1) adjournment of the sentencing date until July 24, 2014; (2) an enlargement of time, from July 14, 2014 until July 18, 2014 at noon, to allow the Government to respond to this Court's order of July 9, 2014; and (3) an enlargement of time, from July 15, 2014 until July 22, 2014 at 5:00 p.m., to allow the defendant to reply to the Government's victim/loss submission.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2014

Thank you for considering this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

Stanley J. Okula, Jr.
Assistant U.S. Attorney
Tel.: (212) 637-1585

cc:   Defense Counsel

The application is:   GRANTED ✓     DENIED ✓ **See below**

~~SO ORDERED.~~

The Honorable Richard M. Berman
United States District Judge

Dated:   July _____, 2014

Gov't to serve + file information called for in 7/9/14 Order by 5:00 PM (EST) on 7/16/14. Defense to serve + file any response by 5:00 P.M. (EST) on 7/18/14. No further sub-missions needed. Gov't shall submit complete Restitution information

**SO ORDERED:**
Date: **7/14/14**    Richard M. Berman
Richard M. Berman, U.S.D.J.

including names, addresses + amounts at sentencing on July 24, 2014 @ 11:30 A.M. (July 17, 2004 sentencing date VACATED).