Andrew Hobson Claimed Losses

| # | # of Bottles | Format | Vintage | Producer | Price Per | Total Price | Notes |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Magnum | 1900 | Margaux | $9,500.00 | $9,500.00 | NA |
| 2 | 3 | Magnum | 1961 | Palmer | $7,000.00 | $21,000.00 | NA |
| 3 | 3 | Magnum | 1962 | DRC | $8,000.00 | $24,000.00 | Inspection report says 3 Magnums, Credit given for 3 bottles |
| 4 | 2 | Magnum | 1962 | La Tache | $16,000.00 | $32,000.00 | NA |
| 5 | 1 | Magnum | 1971 | DRC | $20,000.00 | $20,000.00 | Unable to Authenticate |
| 6 | 1 | Magnum | 1971 | La Tache | $10,000.00 | $10,000.00 | NA |
| 7 | 4 | Bottles | 1923 | Chambertin Rousseau | $4,200.00 | $16,800.00 | NA |
| 8 | 1 | Magnum | 1978 | DRC | $20,000.00 | $20,000.00 | NA |
| 9 | 1 | Magnum | 1934 | Bonnes Mares Roumier | $9,000.00 | $9,000.00 | NA (these wines are on the list in btl size, not magnum) |
| 10 | 1 | Magnum | 1945 | Bonnes Mares Roumier | $9,000.00 | $9,000.00 | NA (these wines are on the list in btl size, not magnum) |
| 11 | 1 | Magnum | 1949 | Bonnes Mares Roumier | $7,000.00 | $7,000.00 | NA (these wines are on the list in btl size, not magnum) |
| 12 | 1 | Magnum | 1929 | Musigny Vogue | $22,000.00 | $22,000.00 | NA |
| 13 | 1 | Magnum | 1937 | Musigny Vogue | $15,000.00 | $15,000.00 | NA |
| 14 | 1 | Magnum | 1949 | Musigny Vogue | $7,000.00 | $7,000.00 | NA |
| 15 | 1 | Magnum | 1945 | Musigny Vogue | $15,000.00 | $15,000.00 | Cannot Authenticate |
| 16 | 1 | Magnum | 1962 | Musigny Vogue | $15,000.00 | $15,000.00 | NA |

## Andrew Hobson Claimed Losses

| # | Qty | Format | Year | Wine | Price | Total | Notes |
|---|---|---|---|---|---|---|---|
| 17 | 1 | Magnum | 1959 | Musigny Vogue | $6,500.00 | $6,500.00 | NA |
| 18 | 1 | Magnum | 1971 | Chambertin Clos de Beze | $9,000.00 | $9,000.00 | Cannot Authenticate |
| 19 | 1 | Magnum | 1962 | Chambertin Rousseau | $15,000.00 | $15,000.00 | NA |
| 20 | 1 | Magnum | 1959 | Chambertin Rousseau | $13,000.00 | $13,000.00 | NA |
| 21 | 1 | Magnum | 1937 | La Tache | $16,000.00 | $16,000.00 | NA |
| 22 | 1 | Bottle | 1934 | Musigny Roumier | $12,000.00 | $12,000.00 | NA |
| 22 | 1 | Bottle | 1945 | Musigny Roumier | $12,000.00 | $12,000.00 | NA |
| 22 | 1 | Bottle | 1949 | Musigny Roumier | $10,000.00 | $10,000.00 | NA |
| 23 | 1 | Magnum | 1971 | Bonnes Mares Roumier | $7,000.00 | $7,000.00 | Cannot Authenticate |
| 24 | 1 | Magnum | 1959 | Bonnes Mares Roumier | $13,000.00 | $13,000.00 | NA |
| 24 | 1 | Magnum | 1962 | Bonnes Mares Roumier | $15,000.00 | $15,000.00 | NA |
| 25 | 3 | Magnum | 1945 | Lafleur | purchased 2 in 2004 for $8k each & 1 in 2007 for $15k | $31,000.00 | NA Claims to have purchased 4 mags, only 3 |
| 26 | 4 | Magnum | 1947 | Lafleur | $9,000.00 | $36,000.00 | NA |
| 27 | 2 | Magnum | 1961 | Lafleur | $8,000.00 | $16,000.00 | Unable to Authenticate |
| 28 | 1 | Magnum | 1945 | Latour a Pomerol | $12,000.00 | $12,000.00 | NA |
| 29 | 3 | Magnum | 1947 | Latour a Pomerol | | $30,000.00 | NA |
| 30 | 1 | Magnum | 1959 | Latour a Pomerol | $7,000.00 | $7,000.00 | NA |

## Andrew Hobson Claimed Losses

| # | Qty | Size | Year | Wine | Unit Price | Total | Notes |
|---|---|---|---|---|---|---|---|
| 31 | 1 | Magnum | 1950 | Latour a Pomerol | $12,000.00 | $12,000.00 | NA |
| 32 | 3 | Magnum | 1961 | Latour a Pomerol | $8,200.00 | $24,600.00 | Cannot Authenticate |
| 33 | 1 | Magnum | 1921 | Petrus | $16,000.00 | $16,000.00 | NA |
| 34 | 1 | Magnum | 1945 | Petrus | $15,000.00 | $15,000.00 | NA Claimed to have inspected 2 mags, only 1 purchased |
| 35 | 4 | Magnum | 1947 | Petrus | $8,500.00 | $34,000.00 | NA |
| 36 | 2 | Magnum | 1961 | Petrus | $8,000.00 | $16,000.00 | NA |
| 37 | 2 | Magnum | 1959 | Petrus | $15,000.00 | $30,000.00 | NA |
| 38 | 2 | Magnum | 1947 | Cheval Blanc | $15,000.00 | $30,000.00 | NA |
| 39 | 1 | Magnum | 1945 | Mouton | $8,500.00 | $8,500.00 | NA |
| 40 | 3 | Magnum | 1945 | Mouton | $8,000.00 | $24,000.00 | NA |
| 41 | 1 | Magnum | 1947 | L'Evangile | $7,000.00 | $7,000.00 | NA |
| 42 | 1 | Magnum | 1961 | L'Evangile | $6,500.00 | $6,500.00 | NA |
| 43 | 2 | Magnum | 1949 | L'Eglise Clinet | $6,200.00 | $12,400.00 | NA |
| 44 | 2 | Magnum | 1945 | L'Eglise Clinet | $7,000.00 | $14,000.00 | NA |
| 45 | 2 | Magnum | 1947 | L'Eglise Clinet | $7,000.00 | $14,000.00 | NA |
| 46 | 1 | Magnum | 1945 | Trotanoy | $8,000.00 | $8,000.00 | NA |
| 47 | 1 | Magnum | 1947 | Trotanoy | $8,000.00 | $8,000.00 | NA |

## Andrew Hobson Claimed Losses

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | 1 | Magnum | 1959 | La Mission Haut-Brion | $8,000.00 | $8,000.00 | No decision at this time |
| 49 | 2 | Magnum | 1961 | La Mission Haut-Brion | $7,000.00 | $14,000.00 | No decision at this time |
| 50 | 2 | Magnum | 1961 | Trotanoy | $8,000.00 | $16,000.00 | No decision at this time |
| 51 | 3 ? | ? | 1923 | La Tache (Liger Belair) | $15,000.00 | $0.00 | NA |
| 52 | 1 | Bottle | 1934 | DRC | $9,400.00 | $9,400.00 | Cannot Authenticate |
| 53 | 1 | Bottle | 1969 | Chamb Beze Rousseau | $2,333.33 | $2,333.33 | Cannot Authenticate (bought 12 btls for $28k) |
| 54 | 1 | Bottle | 1969 | Chambertin Rousseau | $2,333.33 | $2,333.33 | Cannot Authenticate (bought 12 btls for $28k) |
| 55 | ? | Bottles | 1964 | Clos de Roche CVV Ponsot | $19k for 6 bottles | $19,000.00 | NA (bought 6 btls for $19k, unclear how many are in report) |
| 56 | 1 | Magnum | 1945 | Vieux Chateau Certain | $8,000.00 | $8,000.00 | NA |
| 57 | 1 | Magnum | 1947 | Vieux Chateau Certain | $5,500.00 | $5,500.00 | NA |
| 58 | 1 | Magnum | 1948 | Vieux Chateau Certain | $6,000.00 | $6,000.00 | NA |

|  |  |  |
|---|---|---|
|  | Subtotal | **$883,366.66** |
| Total "cannot authenticate" | $69,666.66 |  |
| Total "unable to authenticate" | $36,000.00 |  |
| Total "no decision at this time" | $38,000.00 | -$38,000.00 |
|  | **Total** | **$845,366.66** |