UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                           Government,  :  12 Cr 376 (RMB)
       - against -  :  **ORDER**
RUDY KURNIAWAN,  :
                           Defendant.  :
------------------------------------------------------------x

      Prior to sentencing on Thursday, July 24, 2014 at 11:30 a.m. the Court will hold oral argument by the Government followed by the Defense on the loss resulting from Defendant's offenses of conviction. Counsel should marshal their arguments based upon their prior written submissions to the Court and appropriate authorities, and include burden of proof. The Court will allow up to 30 minutes per side.

Dated: New York, New York
       July 22, 2014

                                                     _____
                                                      RICHARD M. BERMAN
                                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2014