UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Government,　　　　　:　　12 Cr 376 (RMB)
　　　　　　　　　　　　　　　　　　　　　　:
　　　　- against -　　　　　　　　　　　　:　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　:
RUDY KURNIAWAN,　　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　　　:
------------------------------------------------------------x

　　　　The Government is to serve and file Ms. Downey's written report -- which should be limited to loss amount and restitution claimed by Mission Fine Wines -- on or before 4pm (Eastern Standard Time) today. Any discussion by Ms. Downey of other issues is precluded as untimely, given (i) the extensive (generous) amount of time the Government has already been given to present its sentencing case and to make written submissions in support of its position(s) and (ii) the several adjournments of the sentencing by the Court at the parties' requests to prepare for sentencing. The Court intends to go forward with the sentencing tomorrow following the "loss" presentations by counsel.

　　　　If the Government seeks restitution for Mission Fine Wines and/or wishes to supplement its "loss" calculation with Ms. Downey's testimony, it may do so in the courtroom on Tuesday, July 29, 2014 at 2:30 pm when Defense will have the opportunity to cross examine. Defense may also make a written submission limited to Mission Fine Wines on or before Monday, July 28, 2014 at 2 pm.

Dated: New York, New York
　　　　July 23, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD M. BERMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2014