

**THEODORA ORINGHER PC**
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
T (714) 549-6200 • F (714) 549-6201
www.tocounsel.com

**DREW R. HANSEN**
dhansen@tocounsel.com
(714) 549-6112
File No. 81273.05002

MEMO ENDORSED

AUSA to respond by 10/28/14

SO ORDERED:
Date: 10/21/14
Richard M. Berman, U.S.D.J.

October 20, 2014

**VIA FEDEX**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/14

Re:   United States v. Rudy Kurniawan, 12-cr-00376 (RMB)

Dear Judge Berman:

Enclosed herewith is a Motion for Admission *Pro Hac Vice* and accompanying Proposed Order for the Court's consideration. I attempted to file these papers electronically last week in the above-referenced case. However, the CM/ECF system does not contain a method for filing a Motion for Admission *Pro Hac Vice* in a criminal matter as it does in a civil matter as described in the instructions here: http://www.nysd.uscourts.gov/pro_hac.php. After speaking with a court filing clerk, my office was instructed to submit this letter directly to Your Honor. I am also sending a copy of this letter to all of the parties that I am aware of at this time.

My firm and I represent Pacific Wine Distributors, Inc. ("PWD"), a creditor of Defendant Rudy Kurniawan ("Defendant") in the above-referenced matter. Specifically, PWD possesses a warehouseman lien and other legal rights pertaining to wine that has been stored by PWD in Irwindale, California for more than 4 years on behalf of the Defendant and later the United States Government. The wine is a subject of this Court's Consent Preliminary Order of Forfeiture As To Specific Properties/Money Judgment entered on August 5, 2014 (the "Consent Preliminary Order of Forfeiture").

PWD has been storing the wine since at least May of 2010, and continues to store the wine at the request of the United States Government. Indeed, the United States Marshall's office began paying PWD's invoices for storage of the wine and for expenses necessary for preservation of the wine beginning September 2014. However, the invoices for the period beginning May 2010 through the end of August 2014, totaling $129,439.27 (not including interest), were never paid and remain outstanding. Accordingly, PWD wishes to assert its warehouseman lien interest as well as any other legal rights it possesses with respect to its storage of the wine (e.g. constructive trust, etc.) arising from past-due charges and expenses.



The Honorable Richard M. Berman
October 20, 2014
**Page 2**

PWD's interest in the wine is paramount to all other interests. In that regard, I respectfully request that this Court grant the enclosed Motion for Admission Pro Hac Vice, so that PWD may then promptly file a Petition For Adjudication Of Interest pursuant to 21 U.S.C. § 853(n).

Very truly yours,

Drew R. Hansen
California Bar No. 218382

Enclosures: (i) Motion for Admission Pro Hac Vice; (ii) [Proposed] Order

CC:
Counsel For Defendant:
Jerome H. Mooney, Weston Garrou & Mooney (by e-mail - jerrym@mooneylaw.com)
Michael J. Proctor, Caldwell Leslie & Proctor, P.C., (by e-mail proctor@caldwell-leslie.com)
Vincent Savino Verdiramo, Verdiramo & Verdiramo, P.A., (by e-mail mmf036@aol.com)

Counsel for Interested Party Acker Merrall & Condit Company:
Andrew Jay Weinstein, The Weinstein Law Firm PLLC, (by e-mail: aweinstein@twlf.com)
Barrie A. Dnistrian, The Weinstein Law Firm, PLLC., (by e-mail: bad@weinsteinmazurek.com)
Evan T. Barr, Steptoe & Johnson, LLP (NYC), (by e-mail: ebarr@steptoe.com)
Evan Glassman, Steptoe & Johnson, LLP (NYC), (by e-mail: eglassman@steptoe.com)

Counsel for Plaintiff USA:
Andrew Caldwell Adams, United States Attorney Office, SDNY, (by e-mail: Andrew.Adams@usdoj.gov)
Jason Peter Hernandez, U.S. Attorney's Office, SDNY (St Andw's), (by e-mail: jason.hernandez2@usdoj.gov)
Joseph Paul Facciponti, United States Attorney Office, SDNY, (by e-mail: joseph.facciponti@usdoj.gov)
Stanley John Okula , Jr., U.S. Attorney's Office, Sdny (White Plains), (by e-mail: stan.okula@usdoj.gov